UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

-v-                                                                                       No.   18-CR-721

LEROY SPENCE,

       Defendant.

-------------------------------------------------------x

### SEALED ORDER

Defendant Leroy Spence was sentenced before this Court on May 2, 2023. At that time, the Court directed the parties to submit a joint status report every November 1st and May 1st while the case file or any portion thereof remained sealed.

The parties have requested that the deadline for the first joint status report be extended until December 11, 2023. That request is hereby **granted**. The first joint status report regarding the need for continued sealing must be submitted to the Court under seal by **December 11, 2023**.

The following joint status report regarding the need for continue sealing, if necessary, will be due **May 1, 2024**, and any subsequent joint status reports will be due every November 1st and May 1st, as originally imposed.

SO ORDERED.

Dated: New York, New York
       November 22, 2023

                                                                 /s/  Laura Taylor Swain
                                                                 LAURA TAYLOR SWAIN
                                                                 Chief United States District Judge