UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA

  -v-                                            No.   18-CR-721

LEROY SPENCE,

       Defendant.

----------------------------------------------------------x

## ORDER

Defendant Leroy Spence was sentenced before this Court on May 2, 2023.  At that time, the Court directed the parties to submit a joint status report every November 1st and May 1st while the case file or any portion thereof remained sealed.

By joint status report submitted on December 14, 2023, the parties requested an additional six months of sealing for the protection of Mr. Spence.  The Court granted that request, ordering that the case be maintained under seal until June 15, 2024, at which point the Court would order unsealing, barring any further requests from the parties for continued sealing.

Having confirmed with the parties that they did not intend to file a request for continued sealing, the Court directed the Clerk of Court to unseal this case and its filings in full on July 9, 2024. (Docket entry no. 20.)  Unsealing was thereafter stayed for 45 days, effective until August 29, 2024, to allow the parties further time for review of any documents currently maintained under seal by the Court.  (Docket entry no. 34.)

The parties are directed to meet and confer and, no later than **September 13, 2024**, file a status report regarding the need, if any, for continued sealing of any documents

currently maintained under seal in this case.

SO ORDERED.

Dated: New York, New York
       September 6, 2024

                             __/s/  Laura Taylor Swain_____
                             LAURA TAYLOR SWAIN
                             Chief United States District Judge